# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-0833
_____

NICHOLAS J. KOSTELNY and
JULIANNE L. KOSTELNY,

      Petitioners,

      v.

BLUEWATER BAY RESORT, LLC,
and EUROPCO MANAGEMENT CO.
OF AMERICA, LLC,

      Respondents.

_____


Petition for Writ of Prohibition—Original Jurisdiction.


August 13, 2024


PER CURIAM.

      DISMISSED.

LEWIS, B.L. THOMAS, and LONG, JJ., concur.

————————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————————

Nicholas J. Kostelny and Julianne L. Kostelny, pro se, Petitioners.

No appearance for Respondents.